CITY MASONS SUPPLY Co., INC., Respondent, *v.* ZINBAR REALTY Co., INC., et al., Appellants, Impleaded with Others.

(Argued January 16, 1934; decided February 27, 1934.)

*Aaron Powsner* for appellant.
*Samuel Okin* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.